## INDEX OF ATTACHMENTS

1. Miller Deposition
2. 9/20/98 Counseling
3. 6/7/02 Counseling
4. 6/19/02 Grievance
5. 7/29/02 Charge of Discrimination
6. Davaloz Deposition
7. Investigation Report
8. 3/31/03 Charge of Discrimination
9. Hopper Affidavit
10. Investigation Report
11. Polzien Deposition
12. Cischke Deposition
13. Courchaine Deposition
14. Investigation Report
15. Thomas Affidavit and Attached Letter
16. Bacon Deposition
17. 3/8/04 Notice of Charge and 3/9/04 Confirmation Letter
18. 3/8/04 Employee Conduct Reassignment Letter
19. Nightlinger Affidavit
20. Plaintiff's Interrogatory Answers
21. Gouza Deposition
22. Vallier Deposition

2

23.     Ozanich Deposition

24.     Rodock Deposition

25.     Douglass Deposition

26.     Aldrich Deposition

27.     Houge Deposition